# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAVIER GUZMAN,** | CIVIL ACTION |
|         **Plaintiff,** | |
| v. | |
| **HOVG, LLC AND PENDRICK CAPITAL PARTNERS II, LLC,** | NO. 18-3013 |
|         **Defendants.** | |

## O R D E R

**AND NOW**, this 31st day of October, 2018, upon consideration of Defendants' Motion to Dismiss (ECF Nos. 5,7), and Plaintiff's Response thereto (ECF No. 6), **IT IS ORDERED** that the Motion is **DENIED.**

        **BY THE COURT:**

        /s/Wendy Beetlestone, J.

        _____

        **WENDY BEETLESTONE, J.**